

RADER, ARCHER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* See Fed. Cir. R. 36.

**In re ARVINMERITOR, INC.**

No. 2009–1287.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Theodore W. Olds III, Carlson, Gaskey & Olds, P.C., of Birmingham, Michigan, argued for appellant. With him on the brief was David J. Gaskey.

Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and William LaMarca, Associate Solicitor. Of counsel was Thomas W. Krause, Associate Solicitor.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.

**Michael A. BOSS, John H. Kenten, John S. Emtage, and Clive R. Wood, Appellants,**

v.

**Shmuel CABILLY, Herbert L. Heyneker, William E. Holmes, Arthur D. Riggs, and Ronald B. Wetzel, Appellees.**

No. 2009–1264.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Doreen Yatko Trujillo, Cozen O'Connor P.C., of Philadelphia, Pennsylvania, argued for appellants.

Meredith Martin Addy, Brinks Hofer Gilson & Lione, of Chicago, Illinois, argued for appellees. With her on the brief were Thomas J. Filarski, Laura A. Lydigsen and Luke A. Parsons. Of counsel on the brief were Jeffrey P. Kushan, Sidley Austin LLP, of Washington, DC, and Oliver R. Ashe, Jr., Ashe, P.C., of Reston, Virginia.